IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SREERAM NAVALE,

Plaintiff,

v.

CAPITAL ONE BANK (USA) N.A.,

Defendant.

Case No. 19-cv-92 JPG/RJD

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: June 3, 2019**     **MARGARET M. ROBERTIE, Clerk of Court**

**s/Tina Gray, Deputy Clerk**

**Approved:**     *s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**